UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES

vs.

**Marlon Watson**

---

ORDER

C3    21    CR 412-11(JSR)

To: U.S. Marshals Office

**It is hereby ordered :**

that defendant, Marlon Watson Reg #53660-509

, ~~Reg # 53660-5-054~~ be released from custody, The U.S. Marshals are to release the defendant

unless any pending warrants, detainers or other issues are encountered.

_____
United States District Judge

12/19/23
Date